**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In Re:

    LEEJHAN V. VICTORIA
       *Debtor*

Bankruptcy No. 26-11067-amc
Chapter 7

## STIPULATION AGREEMENT GRANTING RELIEF FROM THE AUTOMATIC STAY

Allied Solutions on behalf of Securian Casualty Company, as designee of Alliant CU - IL ("Creditor") and Leejhan V. Victoria ("Debtor"), through their attorneys of record, enter into this Stipulation Granting Relief from the Automatic Stay as to the recreational vehicle more commonly known as 2022 Grand Design Reflection 295RL Fifth Wheel, VIN# 573FR3426N3338000 (the "Vehicle").

WHEREAS, Creditor is a secured creditor of the Debtor; and,

WHEREAS, Debtor has voluntarily surrendered the Vehicle; and,

WHEREAS, Creditor and Debtor have agreed to resolve the matter, as follows:

IT IS HEREBY STIPULATED by and between Debtor and Creditor as follows:

1. The Automatic Stay of all proceedings, as provided under 11 U.S.C. § 362 of the Bankruptcy Code is modified and lifted with respect to the 2022 Grand Design Reflection 295RL Fifth Wheel, VIN# 573FR3426N3338000.

2. The 14-day stay provided by Rule 4001(a)(4) is hereby waived.

3. This stipulation is subject to the approval of the Bankruptcy Court. The parties shall cooperate in all aspects in obtaining Court's approval of this stipulation.

4. The undersigned parties request that the Court enter an Order approving this Consent Order/Stipulation and the terms therein.

5.  This stipulation may be signed in multiple counterparts, and by facsimile or e-mail transmission, each of which, when together, shall constitute one executed original.

Agreed as to form and content:

/s/ Danielle Boyle-Ebersole
_____
Danielle Boyle-Ebersole, Esquire
Attorney for Allied Solutions on behalf of
Securian Casualty Company, as designee of
Alliant CU - IL
Hladik, Onorato & Federman, LLP
298 Wissahickon Avenue
North Wales, PA 19454

Date: 04/15/2026
      _____

/s/ **Michael A. Cibik**
Michael A. Cibik, Esquire
Attorney for Debtor
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102


Date: April 15, 2026