**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In Re:

      LEEJHAN V. VICTORIA
         *Debtor*

Bankruptcy No. 26-11067-amc
Chapter 7

## <u>ORDER</u>

AND NOW, this _____ day of _____, 2026, it is hereby ORDERED that the Stipulation Agreement Granting Relief from the Automatic Stay, between the parties is hereby approved.

BY THE COURT:

_____

Honorable Ashely M. Chan
Chief US Bankruptcy Judge