**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| In Re: | Bankruptcy No. 26-11067-amc |
| LEEJHAN V. VICTORIA | Chapter 7 |
| *Debtor* | |

## ORDER

AND NOW, this _____23rd_____ day of _____April_____, 2026, it is hereby ORDERED that the Stipulation Agreement Granting Relief from the Automatic Stay, between the parties is hereby approved.

BY THE COURT:

_____
Honorable Ashely M. Chan
Chief US Bankruptcy Judge