United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                          Case No. 26-11067-amc

Leejhan V. Victoria                                                                                    Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jun 22, 2026 | Form ID: 318 | Total Noticed: 26 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Leejhan V. Victoria, 11054 Proctor Rd, Philadelphia, PA 19116-2937 |
| 15115804 | Advent Health Zephyrhills Hospital, Po Box 905, Nashua, NH 03061-0905 |
| 15115811 | Double Backflip, LLC, 1312 17th St Pmb 71618, Denver, CO 80202-1508 |
| 15115814 | Montgomery Little & Soran, PC, 5445 Dtc Pkwy Ste 800, Greenwood Village, CO 80111-3053 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QLEFELDMAN.COM | Jun 23 2026 07:54:00 | LYNN E. FELDMAN, Lynn E. Feldman, Trustee, 2310 Walbert Ave, Ste 103, Allentown, PA 18104-1360 |
| smg | | Email/Text: megan.harper@phila.gov | Jun 23 2026 03:52:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | Jun 23 2026 07:51:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 15115805 | | Email/Text: bankruptcy@alliantcreditunion.com | Jun 23 2026 03:52:00 | Alliant Credit Union, Attn: Bankruptcy, PO Box 66945, Chicago, IL 60666-0945 |
| 15115806 | + | Email/PDF: bncnotices@becket-lee.com | Jun 23 2026 04:00:58 | Amex, Correspondence/Bankruptcy, P.O. Box 981535, El Paso, TX 79998-1535 |
| 15115807 | | EDI: TSYS2 | Jun 23 2026 07:51:00 | Barclays Bank Delaware, Attn: Bankruptcy, 125 S West St, Wilmington, DE 19801-5014 |
| 15115825 | | Email/Text: megan.harper@phila.gov | Jun 23 2026 03:52:00 | Water Revenue Bureau, c/o Pamela Elchert Thurmond, Tax Lit & Collections Unit, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 15115808 | | EDI: CAPITALONE.COM | Jun 23 2026 07:51:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15115809 | | EDI: JPMORGANCHASE | Jun 23 2026 07:51:00 | Chase Card Services, Po Box 15298, Wilmington, DE 19850-5298 |
| 15115810 | + | EDI: WFNNB.COM | Jun 23 2026 07:51:00 | Comenity Capital/Idlimg, Attn: Bankruptcy, PO Box 182273, Columbus, OH 43218-2273 |
| 15115812 | | EDI: IRS.COM | Jun 23 2026 07:51:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 15115813 | | Email/Text: govtaudits@labcorp.com | Jun 23 2026 03:52:00 | Labcorp, Po Box 2240, Burlington, NC 27216-2240 |
| 15115815 | | EDI: NFCU.COM | Jun 23 2026 07:54:00 | Navy Federal Credit Union, Attn: Bankruptcy, PO |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 22, 2026 | Form ID: 318 | Total Noticed: 26 |

| | | | | |
|---|---|---|---|---|
| | | | | Box 3000, Merrifield, VA 22119-3000 |
| 15115816 | + | Email/Text: bankruptcygroup@peco-energy.com | Jun 23 2026 03:52:00 | PECO Energy Company, 2301 Market St, Philadelphia, PA 19103-1380 |
| 15115820 | ^ | MEBN | Jun 23 2026 03:50:02 | PGW, Legal - Bankruptcy Unit, 800 W Montgomery Ave Fl 3, Philadelphia, PA 19122-2806 |
| 15115817 | | EDI: PENNDEPTREV | Jun 23 2026 07:51:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 15115819 | + | Email/Text: bankruptcy1@pffcu.org | Jun 23 2026 03:52:00 | Pffcu/Police & Fire Fcu, 901 Arch Street, Philadelphia, PA 19107-2404 |
| 15115821 | | Email/Text: bankruptcy@philapark.org | Jun 23 2026 03:52:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 15115822 | | EDI: SYNC | Jun 23 2026 07:51:00 | Syncb/Verizon, Attn: Bankruptcy Department, P.O. Box 965065, Orlando, FL 32896-5065 |
| 15115823 | + | EDI: SYNC | Jun 23 2026 07:51:00 | Synchrony Bank/TJX, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15115824 | + | EDI: SYNC | Jun 23 2026 07:51:00 | Synchrony/Ashley Furniture Homestore, 170 Election Road Suite#125, Draper, UT 84020-6425 |
| 15115826 | + | EDI: WFHOME | Jun 23 2026 07:51:00 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus MAC X2303-01A 3rd Floor, Des Moines, IA 50328-0001 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15115818 | * | Pennsylvania Dept. of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2026      Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DANIELLE BOYLE-EBERSOLE | on behalf of Creditor Allied Solutions on behalf of Securian Casualty Company as designee of Alliant CU - IL dboyle-ebersole@hoflawgroup.com, ckohn@hoflawgroup.com |
| LYNN E. FELDMAN | |

District/off: 0313-2                          User: admin                                Page 3 of 3
Date Rcvd: Jun 22, 2026                       Form ID: 318                            Total Noticed: 26

trustee.feldman@rcn.com  lfeldman@ecf.axosfs.com

MICHAEL A. CIBIK

on behalf of Debtor Leejhan V. Victoria help@cibiklaw.com
noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 4

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Leejhan V. Victoria<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–6548<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   Eastern District of Pennsylvania | | |
| Case number:   26–11067–amc | | |

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Leejhan V. Victoria

<u>6/18/26</u>

**By the court:** <u>Ashely M. Chan</u>
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318          **Order of Discharge**          page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support
  obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
  decided or will decide are not discharged
  in this bankruptcy case;

♦ debts for most fines, penalties,
  forfeitures, or criminal restitution
  obligations;

♦ some debts which the debtors did not
  properly list;

♦ debts for certain types of loans owed to
  pension, profit sharing, stock bonus, or
  retirement plans; and

♦ debts for death or personal injury caused
  by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

---

**This information is only a general summary
of the bankruptcy discharge; some
exceptions exist. Because the law is
complicated, you should consult an
attorney to determine the exact effect of the
discharge in this case.**

---

Official Form 318            **Order of Discharge**                     page 2